IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:25-cr-00113-KDB-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **NOTICE OF INTENT TO** |
| v. | ) | **RETURN STOLEN WEAPON** |
| | ) | |
| CARLOS SARMIENTO-OCHOA | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby gives notice that the firearm claimed by Blackstone Shooting Sports, LLC (Doc. 26) and listed in the Consent Order and Judgment of Forfeiture (Doc. 22), was stolen from an innocent party and will be returned by the investigative agency. Accordingly, there is no need for any further order of forfeiture regarding this asset.

This the 5th day of February, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/ Seth Johnson
J. Seth Johnson
Texas Bar No. 24083259
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 338-3159
Email: seth.johnson@usdoj.gov